**1**

**HARDING GLASS 'COMPANY, Appellant, v. TWIN CITY PIPE LINE CO. et al., Appellees.**

(Circuit Court of Appeals, Eighth Circuit. September 13, 1926.)

No. 7557.

Appeal from the District Court of the United States for the Western District of Arkansas.

Joseph R. Brown and James B. McDonough, both of Ft. Smith, Ark., for appellant.

Daily & Woods, of Ft. Smith, Ark., for appellees.

PER CURIAM. Appeal dismissed, with costs, on motion of appellant and consent of appellees.

═══

**2**

**W. M. HARMER, et al., Plaintiffs in Error, v. UNITED STATES FIDELITY & GUARANTY CO., Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. December 20, 1926.)

No. 7462.

In Error to the District Court of the United States for the District of Minnesota.

John J. McCaughey, of Kasson, Minn., and John F. D. Meighen and Bennett O. Knudson, both of Albert Lea, Minn., for plaintiffs in error.

J. O. P. Wheelwright and Claude G. Krause, both of Minneapolis, Minn., for defendant in error.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, per stipulation of parties.

═══

**3**

**F. J. HORTON et al., Plaintiffs in Error, v. MILLER PETROLEUM CO., Defendant.**

(Circuit Court of Appeals, Eighth Circuit. May 3, 1926.)

No. 7062.

In Error to the District Court of the United States for the District of Kansas.

G. R. Gard, of Iola, Kan., and W. P. Dillard, of Ft. Scott, Kan., for plaintiffs in error.

T. R. Evans, of Chanute, Kan., and R. B. Caldwell, of Kansas City, Mo., for defendant in error.

PER CURIAM. Writ of error dismissed, at costs of plaintiffs in error, on motion of plaintiffs in error.

═══

**4**

**Alge HOWELL, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (2 Cases.)**

(Circuit Court of Appeals, Fifth Circuit. April 6, 1927.)

Nos. 4864, 4865.

In Error to the District Court of the United States for the Eastern District of Louisiana; William I. Grubb, Judge.

Maurice R. Woulfe and Richard A. Dowling, both of New Orleans, La., for plaintiff in error.

Wayne G. Borah, U. S. Atty., and William A. Green, Asst. U. S. Atty., both of New Orleans, La.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The judgment in this case is affirmed.

═══

**5**

**S. L. HURLBUT, Appellant, v. BUTTE-KANSAS COMPANY, Appellee.**

(Circuit Court of Appeals, Eighth Circuit. June 16, 1926.)

No. 7369.

Appeal from the District Court of the United States for the District of Kansas.

Stone, McDermott, Webb & Johnson, of Topeka, Kan., for appellant.

Leslie J. Lyons, of Kansas City, Mo., and George J. Grayston and Charles M. Grayston, both of Joplin, Mo., for appellee.

PER CURIAM. Appeal dismissed, at costs of appellant, per stipulation of parties.